UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IBEW, LOCAL NO. 1 HEALTH AND WELFARE FUND, Trustees for, et al., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 4:08CV01361 ERW |
| DEMAND ELECTRIC, INC., et al., ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs' oral motion to compel on September 11, 2008. The Court heard arguments from the parties regarding the Temporary Restraining Order [doc. #9] issued by this Court on September 10, 2008. The Court requested that the parties submit briefs regarding their dispute over the extent of Plaintiffs' right to access Defendants' electronic information beyond payroll records, specifically Plaintiffs' request for job-specific information.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiffs shall submit a brief outlining their need for documents beyond the wording of the Temporary Restraining Order by **12 p.m. on Monday, September 15, 2008**. Defendants shall file a response, if they oppose any requested production, by **12 p.m. on Wednesday, September 17, 2008**.

**IT IS FURTHER ORDERED** that a hearing on the oral motion to compel and the preliminary injunction is set for **9:00 a.m. on Thursday, September 18, 2008**, before E. Richard Webber, United States District Judge.

**IT IS FURTHER ORDERED** that Defendants shall not erase, delete, destroy, alter, or tamper with any electronically stored or captured information until further order of the Court.

So ordered this 12th Day of September, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE