UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IBEW, LOCAL NO. 1 HEALTH AND WELFARE FUND, Trustees for, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:08CV01361 ERW |
| DEMAND ELECTRIC, INC., et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the Temporary Restraining Order issued on September 10, 2008 is in all respects extended, as previously entered, up to and including September 29, 2008.

Dated this 18th Day of September, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE